# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ariana Monserrat Quintanilla-Simons,<br><br>Petitioner,<br><br>v.<br><br>Unknown Party, et al.,<br><br>Respondents. | No. CV-25-04440-PHX-DJH (ASB)<br><br>**ORDER** |

The Court has reviewed Petitioner's Motion to Enforce. (Doc. 13.) The Court will order an immediate response.

**IT IS THEREFORE ORDERED** Respondents must respond to Petitioner's Motion to Enforce no later than 4:00 p.m. on December 22, 2025.

Dated this 22nd day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge